UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN CANTONE, as Special Administrator of the Estate of MICHAEL CANTONE, Deceased,<br><br>      Plaintiff,<br>v.<br><br>GABLER THERMOFORM GMBH & CO. KG; LYLE INDUSTRIES, LLC; BROWN MACHINE II, LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MICHAEL JOHNSON

Affiant, Michael Johnson, on oath deposes and states as follows:

1. I am over the age of 18 years and, if called to testify in any legal proceeding, I will testify as follows:

2. I have personal knowledge of the facts set forth below:

3. I am the Chief Financial Officer for Brown, LLC.

4. I am the Chief Financial Officer for Lyle Industries, LLC.

5. I have conducted a search of the corporate records of Brown, LLC and Lyle Industries, LLC. Based on that review and based on my knowledge as Chief Financial Officer of Brown, LLC and Lyle Industries, Inc. I have determined the following:

   A. **BROWN, LLC:**

      1. Brown, LLC is incorporated in the state of Minnesota;

      2. Brown, LLC is not a citizen of the State of Illinois;

      3. The principal place of Brown, LLC's business is located at 330 North Ross Street, Beaverton, Michigan;


EXHIBIT A

4. The Member of Brown, LLC is Thermoforming Technology Group, LLC, which is incorporated in the State of Minnesota, and is not a citizen of the State of Illinois. Its principal is located at 330 N. Ross, Beaverton, Michigan.

5. The Member of Thermoforming Technologies Group, LLC is Brown Machine Group Holdings, LLC and is incorporated in Delaware. The Member of Brown Machine Group Holdings, LLC is Brown Machine Group Intermediate Holdings, Inc.

6. Brown Machine Group Holdings, LLC and Brown Machine Group Intermediate Holdings, Inc. are not citizens of Illinois and their principal place of business is located at 330 N. Ross, Beaverton, Michigan.

B. **LYLE INDUSTRIES, LLC**:

1. Is incorporated in the State of Minnesota;

2. Lyle Industries, LLC is not a citizen of the State of Illinois;

3. The principal place of business of Lyle Industries, LLC is located at 330 North Ross Street, Beaverton, Michigan.

4. The member of Lyle Industries, LLC is Thermoforming Technology Group, LLC, which is incorporated in the State of Minnesota and is not a citizen of the States of Illinois. Its principal place of business is 330 N. Ross, Beaverton, Michigan.

5. The Member of Thermoforming Technologies Group, LLC is Brown Machine Group Holdings, LLC and is incorporated in Delaware. The Member of Brown Machine Group Holdings, LLC is Brown Machine Group Intermediate Holdings, Inc.

6. Brown Machine Group Holdings, LLC and Brown Machine Group Intermediate Holdings, Inc. are not citizens of Illinois and their principal place of business is located at 330 N. Ross, Beaverton, Michigan.

7. Brown, LLC and Lyle Industries, LLC were served with Summons and Complaint in this matter on March 19, 2019.

Further Affiant sayeth not.

## CERTIFICATION

In accordance with 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and accurate.

_____       4-4-2019
Michael Johnson                                                     Date
Chief Financial Officer, Brown, LLC

_____       4-4-2019
Michael Johnson                                                     Date
Chief Financial Officer, Lyle Industries, LLC

Subscribed and sworn to before me this
4th day of April, 2019.

_____
Notary Public

LYNN M GOVITZ
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF GLADWIN
My Commission Expires June 13, 2025
Acting in the County of _____