UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KAREN CANTONE, as Special )
Administrator of the Estate of )
MICHAEL CANTONE, Deceased, )
 )
                Plaintiff, )   Case No.
 )
v. )
 )
GABLER THERMOFORM GMBH & )
CO. KG; LYLE INDUSTRIES, LLC; )
BROWN MACHINE II LLC, )
 )
                Defendants. )

## AFFIDAVIT OF DANIEL J. DONNELLY

Affiant, DANIEL J. DONNELLY, on oath deposes and states as follows:

1. I am over the age of 18 years and if called to testify in a legal proceeding, I would testify as set forth below.

2. I have personal knowledge of the facts set forth below.

3. I was admitted to the Illinois Bar on November 7, 1985 and was admitted to the Bar of the United States District Court for the Northern District of Illinois on December 9, 1985. I have practiced law, specifically personal injury, for 33 years.

4. Over the course of 33 years of law practice in Cook County. I have participated in numerous wrongful death cases. Further, I have reviewed numerous wrongful death verdicts as reported in the *Cook County Jury Verdict Reporter*. Attached as Exhibit 1 is a representative wrongful death verdict report in Cook County, Illinois. Based on my experience and review of verdicts, recorded in Cook County, I hold a good faith belief that damages sought in the State Court action by Plaintiff Karen Cantone substantially exceed $75,0000.00.


EXHIBIT D

5. I personally viewed the website of the Circuit Court of Cook County. Based on that review, as of the date of the filing of Defendants Brown, LLC and Lyle Industries, LLC's Notice of Removal, Gabler Thermoform GMBH & Co. had not been served with Summons and/or Plaintiff's Complaint.

6. Attached as Exhibit 2 is the obituary of Plaintiff's Decedent, which references that the Decedent lived in Peotone, Illinois.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Daniel J. Donnelly

## CERTIFICATION

In accordance with 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and accurate.

_____          4-9-19
Daniel J. Donnelly                                    Date

Subscribed and sworn to before me this

9TH day of April, 2019.

_____
Notary Public

OFFICIAL SEAL
NANCY A MORAN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec 28, 2019



# JURY VERDICT REPORTER
A Product of Law Bulletin Media

# Lawyerport

**Publication:** Cook County Jury Verdict Reporter **Published:** 3/15/2019

**(MMM 21/1) MEDICAL MALPRACTICE--FATAL BLEEDING AFTER ANGIOGRAM/STENT PLACEMENT (12H)**

Estate of Margaryta Kutik, deceased v Estate of Dr. Victor Aletich, deceased 16L-1602 Tried Jan. 9-24, 2019

**Verdict:** $3,500,000 (Survival Act: $700,000 pain & suffering; $180,000 loss of normal life; $700,000 emotional distress; $420,000 medical expenses. Wrongful Death: $750,000 loss of society; $750,000 grief and sorrow). Special Interrogatory: Do you find from your consideration of all of the evidence that Dr. Aletich's negligence was a cause of Margaryta Kutik's death? "Yes."
**Judge:** Bridget Anne Mitchell (IL Cook-Law)
**Pltf Atty(s):** David A. Axelrod, Mav D. Marion of David A. Axelrod & Associates (Chicago, IL) DEMAND: $3,800,000 ASKED: $7,171,603
**Deft Atty(s):** Mark J. Lura, Millie M. Koppean of Anderson, Rasor & Partners (Chicago, IL) (University of Illinois; Self-Insured) OFFER: none
**Pltf Medl:** Dr. Reza Dashti (Neurosurgeon), Dr. Aslam Ejaz (General Surgeon)
**Pltf Expert(s):** Dr. Robert F. James of University of Louisville School of Medicine, 220 Abraham Flexner Way, Louisville, KY (502-588-2160) (Neurosurgeon); Dr. D. Preston Flanigan (Vascular Surgeon)
**Deft Expert(s):** Dr. Sucha Nand (Hematologist); Dr. Henry H. Woo (Neurosurgeon)

**Facts:**

Margaryta Kutik (F-69) underwent a diagnostic cerebral angiogram and placement of a stent in her right internal carotid artery at UIC Hospital on September 21, 2012. The procedure was performed by deft neurosurgeon Aletich, who inserted the catheter through the right groin area. The angiogram showed the arterial puncture was slightly above the inguinal ligament and likely through the musculature into the external iliac artery, which is commonly referred to as a "high stick." The high stick allegedly caused the iliac artery to bleed into Kutik's abdomen and pelvis, which was not detected or repaired at the time. Dr. Aletich ordered administration of Heparin during and after the procedure due to Kutik's atrial fibrillation and the potential risk of clot formation, stent blockage, and stroke. Later that afternoon, personnel noted active bleeding from the groin puncture site with a hematoma and blood oozing down her leg. The bleeding continued overnight, leading to two hypotensive episodes through the night. The hematoma grew the next day, Sept. 22, and Kutik developed increasing pain and hardening in the area. A CT scan that night showed a large hematoma (21.3 x 13.4 x 5.7 cm) in the right abdominal wall extending to the pelvis. A surgeon was consulted and recommended reversing the anticoagulation if possible, but Dr. Aletich refused. A Doppler ultrasound on Sept. 23 revealed a right femoral pseudoaneurysm. A vascular surgeon operated on Sept. 24 to close the iliac artery puncture, repair the pseudoaneurysm, and evacuate the hematoma. Due to the continued Heparin administration, Kutik's bleeding persisted. After she suffered hemorrhagic shock (low blood pressure from blood loss) that evening and again at 5:30 am on Sept. 25, the vascular surgeon performed exploratory surgery, found the repaired artery was intact with no active source of bleeding, and cauterized multiple oozing sites which he attributed to the anticoagulation therapy and DIC (disseminated intravascular coagulation following multiple blood transfusions). Over the next couple days, Kutik suffered more bleeding, hypotensive episodes, and multi-organ failure, and the Heparin was finally stopped on Sept. 27. Her condition deteriorated with new hematomas, severe pain, multiple cardiac arrests, intubation, and stroke, leading to her death on Oct. 2, 2012 ($421,603 medical expenses, survived by husband and children). The estate asserted Dr. Aletich was negligent in failing to recognize the high stick, ensure the artery hole was closed, and discontinue the Heparin despite ongoing bleeding issues. The defense argued there was no high stick, the use of Heparin was warranted due to the risk of stent clotting and stroke, Heparin administration was within the standard of care, and Kutik's death was not caused by bleeding but was the result of withdrawing all anticoagulation. Defense post-trial motions are pending. This case was the subject of a Chicago Daily Law Bulletin article on Jan. 31, 2019.

© 2019 by Law Bulletin Media. Content on this site is protected by the copyright laws of the United States. The copyright laws prohibit any copying, redistributing, or retransmitting of any copyright-protected material. The content is NOT WARRANTED as to quality, accuracy or completeness, but is believed to be accurate at the time of compilation. Websites for other organizations are referenced on this site; however, Law Bulletin Media does not endorse or imply endorsement as to the content of these websites. By using this site you agree to the Terms, Conditions and Disclaimer. Law Bulletin Media values its customers and has a Privacy Policy for users of this website.



EXHIBIT 1

https://www.daily-journal.com/obituaries/michael-cantone/article_10421786-d92e-11e8-b450-9bd179640cce.html

# Michael Cantone

**Oct 27, 2018**

Michael A. Cantone, 61, of Peotone, passed away unexpectedly Wednesday (Oct. 24, 2018).

He was born June 5, 1957, in Joliet.

Surviving are his wife, Karen (Taylor) Cantone, whom he married June 25, 1977, at Immanuel United Church of Christ in Peotone.

He also is survived by his children, Kyle Cantone, of Chicago, Chad Cantone, of Peotone, and Ashley (Brandon) Walling, of Peotone; his grandson, Marshall "Punkin Pie" Walling; his mother, Mona (Guritz) Cantone, of Peotone; his brothers and



Roger Tatro.

Preceding him in death were his fath

**EXHIBIT 2**

Phyllis (Hartman) Taylor.

He enjoyed doing home improvements and repairs, working in the yard, and fixing and tinkering with cars, but most of all, spending time with his family.

Visitation will be from 3 p.m. to 9 p.m. Tuesday, Oct. 30, at Fedde-Helfrich-Cross Funeral Home in Peotone. Funeral services will be 11 a.m. Wednesday, Oct. 31, also at the funeral home, with the Rev. Barbara Lohrbach officiating. Burial will be in Peotone Cemetery.

Memorials may be made to the wishes of the family.

Please sign his online guestbook at feddehelfrichcrossfh.com.

(Pd)

