## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Karen Cantone

                              Plaintiff,

v.                                                                Case No.: 1:19−cv−02391
                                                                Honorable Robert W. Gettleman

Gabler Thermoform GMBH & Co. KG, et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 18, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 6/18/2019. On plaintiff's oral notice and pursuant to Federal Rule of Civil Procedure 41(a), Brown Machine LLC and Lyle Industries, LLC are voluntarily dismissed. Status hearing set for 7/17/2019 at 9:10 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.